# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

**Terry A. Shulsky**
412 392 2091
Terry.Shulsky@bipc.com

August 13, 2008

**VIA FACSIMILE (570-322-8669) AND ELECTRONICALLY FILED**

The Honorable James F. McClure
U.S. Courthouse & Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

    Re:   Wells Fargo Equipment Finance, Inc. v. LEEP, Inc. and Grant Record
              Civil Action No. 4:08-cv-00906

Dear Judge McClure:

    This office is counsel for Wells Fargo Equipment Finance, Inc., the Plaintiff in the above-captioned civil action ("Civil Action"). The purpose of this letter is to advise the Court that the parties have reached an agreement to settle the Civil Action. Towards that end, the parties have executed a Settlement Agreement and Mutual Release and an Agreement for Entry of Judgment. We respectfully request the Court to allow the Civil Action to remain open for one hundred twenty (120) days following the date of this letter to permit the Settlement Agreement to be consummated. Given the compromise, the Court may cancel the initial case management conference currently set for August 25, 2008.

    Plaintiff is willing to answer any questions this Honorable Court might have regarding the settlement. Please feel free to contact me with any such questions. Thank you.

                Very truly yours,

                Terry A. Shulsky

cc: Douglas N. Engelman, Esquire (Counsel of record for LEEP, Inc. and Grant Record)