IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 4:CV-08-906 |
| | : | |
| vs. | : | (Judge McClure) |
| | : | |
| LEEP, INC., f/k/a LEADING - EDGE EARTH PRODUCTS, INC. and GRANT RECORD, | : : | |
| | : | |
| Defendants | : | |

**O R D E R**

August 14, 2008

**BACKGROUND:**

Terry A. Shulsky, Esquire, attorney for plaintiff, reported to the court by letter dated August 13, 2008 (Rec. Doc. No. 17) that the above captioned case has been settled.

**IT IS, THEREFORE, ORDERED THAT**:

1. This action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to reinstate the action if the settlement is not consummated.

2.	This order will constitute a final order dismissing the case with prejudice one hundred twenty-one (121) days from today if no motion is filed within one hundred twenty (120) days to reinstate the case to active status or to extend the one hundred twenty (120) day period to consummate the settlement.

      s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge