## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

**Terry A. Shulsky**
412 392 2091
Terry.Shulsky@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

November 10, 2008

**VIA FACSIMILE (570-322-8669)**
**AND ELECTRONICALLY FILED**

The Honorable James F. McClure
U.S. Courthouse & Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

Re:   Wells Fargo Equipment Finance, Inc. v. LEEP, Inc. and Grant Record
      Civil Action No. 4:08-cv-00906

Dear Judge McClure:

This office is counsel for Wells Fargo Equipment Finance, Inc., the Plaintiff in the above-captioned civil action ("Civil Action"). The purpose of this letter is to advise the Court that the Settlement Agreement reached among the parties has been consummated. The Civil Action may be dismissed with prejudice.

Plaintiff is willing to answer any questions this Honorable Court might have regarding the settlement. Please feel free to contact me with any such questions. Thank you.

Very truly yours,

Terry A. Shulsky

cc: Douglas N. Engelman, Esquire
    Counsel of record for LEEP, Inc. and Grant Record

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC